JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BERRY,<br><br>         Plaintiff,<br>vs.<br><br>CFM Properties Management, LLC, a California Limited Liability Company,; Does 1-10,<br><br>         Defendant. | **Case No.: 2:19-cv-05502-MWF-AGR**<br><br>*Hon. Michael W. Fitzgerald*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff William Berry's ("Plaintiff") entire action is dismissed with prejudice, including all claims stated against Defendant CFM Properties Management, LLC ("Defendant").

Dated: 10-10-19

                       */s/ Michael W. Fitzgerald*
                       Hon. Michael W. Fitzgerald
                       U.S. District Judge